PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4803
    Facsimile: (415) 744-0134
    E-Mail: Andrea.Banks@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DEACON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:21-cv-00641-BAM<br><br>DEFENDANT'S UNOPPOSED MOTION TO FILE A LATE RESPONSIVE BRIEF AND [~~PROPOSED~~] ORDER |

    Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned Counsel, files this unopposed motion to file her responsive brief late. Andrea Banks, counsel to the Commissioner, uses the Outlook Task system to track her assignments and briefing deadlines. As this case was also being worked on by counsel from another of our offices, Ms. Banks inadvertently did not move this item in her calendar to indicate the correct deadline of Defendant's briefing deadline.

    Defendant's responsive brief to Plaintiff's Motion for Summary Judgment was due last week on Thursday, July 28, 2022. Defendant was out of the office on Friday, July 29, 2022 due to personal matters. Defendant's counsel only realized her calendaring error today, Monday, August 1, 2022. Defendant's counsel emailed with Plaintiff's counsel, Jim Yoro, today and he stated he

had no objection or opposition to this motion.

Counsel did not intend to delay these proceedings by miscalendaring Defendant's briefing deadline and sincerely apologizes to Plaintiff's counsel, Plaintiff, and to the Court for any inconvenience. Defendant will file her responsive motion today, August 1, 2022. Defendant respectfully requests that the Court grant this unopposed motion.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: August 1, 2022 | By: /s/ *Andrea Banks*<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

Having considered the unopposed request, and cause appearing, Defendant's motion to file a late responsive brief is GRANTED nunc pro tunc.  Defendant's responsive brief has been filed.  (*See* Doc. 18.)  The Scheduling Order deadline for Plaintiff's reply brief, if any, is modified accordingly.

IT IS SO ORDERED.

Dated:   **August 2, 2022**            /s/ *Barbara A. McAuliffe*         
                                        UNITED STATES MAGISTRATE JUDGE